IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>115,959.00 IN US CURRENCY, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 09-06071 JSW<br><br>**ORDER RE JOINT STATUS REPORT** |

　　　The Court has received and considered the parties' Joint Status Report. On January 26, 2011, the Court granted a stipulation to continue the stay in this case. In that Order, the Court stated that any party may seek to lift the stay by filing a motion. Accordingly, if claimant seeks to have the stay lifted, she should file a properly noticed motion. The parties' request for a case management conference is DENIED.

　　　**IT IS SO ORDERED.**

Dated: April 27, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE