IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

115,959.00 IN US CURRENCY, et al.,

    Defendants.

No. C 09-06071 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

On January 26, 2011, the Court granted a stipulation to continue the stay in this case, and it directed the parties to file Joint Status Reports every 90 days until the stay is lifted. The Court also stated that any party may seek to lift the stay by filing a motion. The last status report was filed on April 26, 2011 and, thus, the parties' next status report is overdue.

Accordingly, the parties are HEREBY ORDERED to submit a Joint Status Report by no later than September 30, 2011.

**IT IS SO ORDERED.**

Dated: September 13, 2011

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE