MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> $115,959.00 in United States Currency; and <br> $14,509.00 in United States Currency. <br>     Defendants. | No. CV 09-6071 JSW <br><br> CONSENT ORDER OF SETTLEMENT **AS MODIFIED HEREIN** |

## CONSENT ORDER OF SETTLEMENT AND FORFEITURE

WHEREAS, on December 30, 2009, this action was filed. Notice was given and published in accordance with law. Claimant ANNIE DUONG ("claimant") filed a verified claim on January 20, 2010 as to the defendants $115,959.00 in United States Currency and $14,509.00 in United States Currency (hereinafter known as "defendant currency"). No other statements of interest or answers have been filed with respect to defendant currency and the time for filing such statements of interest and answers has expired;

//

1    WHEREAS, pursuant to the settlement negotiations among the parties, ANNIE DUONG agrees to withdraw her claim with respect to $105,468.00 of the seized $115,959.00 in United States Currency in any administrative or judicial forfeiture proceeding;

    WHEREAS, pursuant to the settlement negotiations among the parties, the United States agrees to release to ANNIE DUONG c/o Stuart Hanlon, her attorney of record, the sum of $14,509.00 in United States Currency plus accrued interest, and $10,491.00 of the seized $115,959.00 in United States Currency plus accrued interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

    WHEREAS, the parties agree that the United States and ANNIE DUONG will each bear its own attorney costs and fees related to this matter.

    AND WHEREAS, it appearing to the court from the endorsement of the parties, that the parties have agreed to a resolution of this matter with respect to the defendant currency, and deeming it proper to do so;

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Notice of this action having been given by publication and there being only the claim filed by ANNIE DUONG as to the defendant currency, the default of all persons or entities other than ANNIE DUONG as to the defendant currency is entered.

2. A portion of the defendant $115,959.00 in United States Currency, to wit $105,468.00 is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party.

3. A portion of the defendant $115,959.00 in United States Currency, to wit the sum of $10,491.00 plus accrued interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned by the United States to ANNIE DUONG c/o Stuart Hanlon, her attorney of record.

4. The sum of $14,509.00 in United States Currency plus accrued interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned by the United States to ANNIE DUONG c/o

Stuart Hanlon, her attorney of record.

5. The United States shall dispose of the forfeited currency in accordance with the law.

6. ANNIE DUONG hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Immigration and Customs Enforcement, California Bureau of Narcotics Enforcement, and Oakland Police Department from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The United States releases ANNIE DUONG from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.

8. The parties agree that this Consent Order of Settlement is the result of a compromise, and shall not, by any person, at any time or for any purpose be considered an admission of liability or responsibility, or of the truth of any allegation of any party, at any time, for any purpose, in any form or in any amount.

9. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order.

//
//
//
//
//
//
//
//
//
//
//
//

CONSENT ORDER OF SETTLEMENT
No. CV 09-6071 JSW       3

|     |     |
| --- | --- |
| 1   | This Order also acknowledges that Federal law requires the Department of the |
| 2   | Treasury and other disbursing officials to offset Federal payments to collect delinquent |
| 3   | tax and non-tax debts owed to the United States, and to individual states. If an offset is |
| 4   | made to the payment to be made pursuant to this Order of the Court, Claimant will |
| 5   | receive a notification from the Department of the Treasury at the last address provided by |
| 6   | Claimant to the governmental agency or entity to whom the offset payment is made. The |
| 7   | terms of the settlement specifically do not affect the tax obligations fines, penalties, or |
| 8   | any other monetary obligations the Claimant owes to the United States or an individual |
| 9   | state, and in fact, are intended to satisfy such a tax obligation. Therefore, the exact sum |
| 10  | delivered to Counsel, on behalf of his clients, may well be a lesser sum, if the Treasury |
| 11  | Offset Program reduces the amount in satisfaction of a debt obligation. |

**IF THIS SETTLEMENT RESOLVES THIS MATTER, THE GOVERNMENT SHALL SUBMIT A PROPOSED ORDER TO THAT EFFECT.**

January 3, 2012

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Dated: 1-3, 2012

MELINDA HAAG
United States Attorney

ARVON J. PERTEET
Assistant United States Attorney
Attorneys for Plaintiff

Dated: 1-3, 2012

STUART HANLON
Attorney for Claimant
Annie Duong

Dated: 1/3, 2012

ANNIE DUONG,
Claimant

CONSENT ORDER OF SETTLEMENT
No. CV 09-6071 JSW                    4