MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email:arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>$115,959.00 in United States Currency; and<br>$14,509.00 in United States Currency,<br>            Defendants. | No. CV 09-6071 JSW<br><br>CONSENT ORDER OF SETTLEMENT AND DISMISSAL |

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this 4th day of January, 2012,

ORDERED, ADJUDGED AND DECREED that the defendant $105,468.00 be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and $25,000.00 plus accrued interest is to be returned to Claimant Annie Duong via her attorney, Stuart Hanlon; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

*Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE